UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Jowers,<br><br>Plaintiff,<br><br>- against -<br><br>DME Interactive Holdings, Inc. and Darien Dash,<br><br>Defendants. | 00 Civ. 4753 (LTS)(KNF) |

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL

    Rule 30 permits a party to depose any person, including a party, and provides that the attendance of a deponent may be compelled by service of a subpoena under Rule 45.  Rule 37(a)(1) provides for a motion to compel discovery.

    Plaintiff has complied with Rule 37(a)(1), because plaintiff's attorney has attempted to confer with Mr. Dash to secure his compliance with the subpoena voluntarily.

    Accordingly, plaintiff's motion should be granted in its entirety.

Dated: New York, New York
       March 13, 2012

                                      MICHAEL G. O'NEILL

_____
By: Theresa B. Wade (TW0522)
Attorneys for Plaintiff
30 Vesey Street, Third Floor
New York, New York 10007
(212) 581-0990