UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STEPHANIE JOWERS,

        Plaintiff,

  -v-                                               No. 00 Civ. 4753 (LTS)(KNF)

DME INTERACTIVE HOLDINGS, INC.,
and DAMIEN DASH

        Defendants.
-------------------------------------------------------x

## ORDER

In this employment discrimination action, the Court entered judgment in plaintiff's favor, found defendants liable for $56,541.42 plus interests and, on August 7, 2006, terminated the action. On March 13, 2012, plaintiff filed a motion to compel defendant Darien Dash to appear for a deposition and to produce documents in connection with execution of the judgment. According to plaintiff, approximately $40,000 of the judgment, plus interest, remains unpaid and outstanding. No opposition to the motion has been interposed.

A judgment creditor may obtain discovery from any person, including the judgment debtor, as provided in the Federal Rules of Civil Procedure. Fed. R. Civ. P. 69(a)(2). Federal Rule of Civil Procedure 37 provides that a party may move for an order compelling disclosure or discovery. Fed. R. Civ. P. 37(a)(1). Plaintiff's motion is hereby granted, and Darien Dash is ordered to appear for a deposition by April 30, 2012, and produce the documents requested by plaintiff by that date.

SO ORDERED.

Dated: New York, New York
       April 3, 2012

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge